IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THO NGUYEN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 16-524 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| WESTINGHOUSE ELECTRIC | ) | |
| COMPANY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Consistent with Defendant's filing at Docket Number 30, the Court has confirmed that Defendant has filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code. *See* In re Westinghouse Electric Company LLC, *et al.*, 17-10751 (S.D.N.Y. Bankr., *pet. filed* Apr. 3, 2017). Pursuant to 11 U.S.C. § 362, the claims against Defendant are **STAYED**, and this case is **ADMINISTRATIVELY CLOSED**. Lehman v. Revolution Portfolio L.L.C., 166 F.3d 389, 392 & n.3 (1st Cir. 1999) ("[w]e endorse the judicious use of administrative closings by district courts . . . . to await the lifting of the automatic stay imposed by the Bankruptcy Code"); *accord* Penn West Assocs., Inc. v. Cohen, 371 F.3d 118, 128 (3d Cir. 2004) (citing with approval rationale in Lehman).

IT IS SO ORDERED.

April 17, 2017                          s\Cathy Bissoon
                                              Cathy Bissoon
                                              United States District Judge

cc (via ECF email notification):

All Counsel of Record